[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

JB

Christopher McJudge

Plaintiff

v.

Defendant

United States
Postal Service
8345 S Ashland
Ave 60620

**United States District Court**
**Northern District of Illinois**

**RECEIVED**

NOV 28 2022 JB

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

**COMPLAINT**

22cv6612
Judge Shah
Magistrate Judge Valdez
Randomly Assigned

The young black Female ~~MALE~~ Delivery Lady is not bringing me my mail once Again, this is the 3rd time that I complain about her and the Second Law suit that Im filing Against this post office that is Suppose to Deliver my mail at 8455 S Union Ave Southside Chicago IL.

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

Christopher McJudge        Nov 28 2022

I feel like I'm not being respected As a Independent Homeowner who Just Legally took control of my property at 7845 S. Union Ave. I told them that my house is still under construction cause I'm still waiting on my disability claim, I should get it in a couple of weeks Cause I just won my case in court. I feel like I'm not getting no justice cause this mail Lady still not bringing my mail now I'm force to get a PO Box cause my mail is not getting Deliver. I'm seeking Justice and Compinsation.